UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

ELENA CARMEN MARIA COLINA-ROJAS,                                             Petitioner,

v.                                                                                            Civil Action No. 4:26-cv-37-RGJ

KRISTI NOEM, et. al.,
                                                                                                           Respondents.

**ORDER GRANTING JOINT MOTION TO FORGO HEARING**

The parties alerted to the Court that they are "not aware of any relevant factual disputes" and they jointly request to forgo the upcoming show cause hearing so the matter can stand submitted. [DE 8 at 135]. Thus, upon the motion of the parties to forgo the February 5, 2026, hearing and, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the motion is GRANTED, AND the **February 5, 2026, hearing is REMANDED**.